IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,

v.

BRANDON MIQUEL LEWIS,

  Defendant.

CRIMINAL FILE NO.
1:03-CR-433-TWT

**ORDER**

This is a criminal case. It is before the Court on the Report and Recommendation [Doc. 68] of the Magistrate Judge recommending denying the Defendant's Motion to Vacate Sentence [Doc. 67] as untimely. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion to Vacate Sentence [Doc. 67] is DENIED as untimely.

SO ORDERED, this 24 day of February, 2016.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge